Commonwealth *v*. Smith, Appellant.

Argued September 15, 1967. *C. Barry Buckley*, with him *Griffith, Morton & Buckley*, for appellant; *A. Thomas Parke, III*, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., absent.

Commonwealth *v*. Smith, Appellant.

Argued September 12, 1967. *Jay Meyers*, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Alan J. Davis*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v*. Sundo, Appellant.

Argued September 11, 1967. *Dennis T. Kelly*, Assistant Defender, with him *Melvin Dildine*, Assistant Defender, and *Herman I. Pollock*, Defender, for appellant; *Alan J. Davis*, Assistant District Attorney, with him *Richard A. Sprague*, First Assistant District